IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| Douglas E. Mittelstadt, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER REASSIGNING CASE** |
| | ) | |
| vs. | ) | |
| | ) | |
| North Dakota Department of Corrections, LeAnn Bertsch, Director, | ) ) ) | Case No. 3:07-cv-26 |
| | ) | |
| Defendant. | ) | |

With the agreement of the Honorable Ralph R. Erickson, Judge, United States District Court, District of North Dakota,

**IT IS HEREBY ORDERED** that the above-entitled case is reassigned to the Honorable Rodney S. Webb to conduct any and all proceedings.

Dated this 17th day of October, 2007.

*/s/ Daniel L. Hovland*
Daniel L. Hovland, Chief Judge
United States District Court